IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 15-05032-01/02-CR-SW-RK |
| JONATHAN CORONA-AYVAR and EDER ISAI VALLEJO-GONZALEZ, | ) ) ) ) |
| Defendants. | ) |

## ORDER

Pending before the Court are Defendants' Motions to Suppress Evidence (docs. 41 and 44). Defendants assert nearly the identical arguments alleging that they were seized without probable cause in violation of the Fourth Amendment of the United States Constitution. Defendant Vallejo-Gonzalez also argues that law enforcement officers conducted an unlawful vehicle search. Defendants further argue that any evidence seized as a result of their seizures and the subsequent search of the vehicle should be suppressed.

On March 28, 2016, United States Magistrate Judge David P. Rush conducted an evidentiary hearing on the motions to suppress. All parties were present in person and represented by their counsel of record.

On May 9, 2016, United States Magistrate Judge Rush issued his Report and Recommendation (doc. 50), therein recommending that Defendants' Motions to Suppress be denied. On June 6, 2016, Defendant Jonathan Corona-Ayvar filed his Objection to the Report and Recommendation (doc. 53).

Upon careful and independent review of the pending motions, Defendant Corona-Ayvar's objections, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge David P. Rush.

Accordingly, it is hereby ORDERED that Defendants' Motions to Suppress Evidence (docs. 41 and 44) are OVERRULED and DENIED. It is further

ORDERED that Defendant Corona-Ayvar's objections (doc. 53) are OVERRULED.

SO ORDERED.

                                                    s/ Roseann A. Ketchmark
                                                    ROSEANN A. KETCHMARK, JUDGE
                                                    UNITED STATES DISTRICT COURT

DATED: June 7, 2016

2

Case 3:15-cr-05032-RK    Document 54    Filed 06/07/16    Page 2 of 2